## RICHMOND BOAT CLUB v. NORRIS et al.

Court of Appeals of Kentucky.

June 21, 1946.

C. Maxwell Brown, M. J. Duffy, Jr., and Ellis E. Drake for appellant.

John H. Dougherty and Henry M. Johnson for appellee.

PER CURIAM.

Since the value of the property is only $80, and the claim for damages is without support in evidence, and apparently fictitious, the appeal is denied. Judgment affirmed.